IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

OSCAR WOODS                                                                    PLAINTIFF

v.                         Case No. 3:09-cv-161-DPM

STEEL RELATED TECHNOLOGIES, INC.                         DEFENDANT

ORDER

The Court has received Mr. Wilson's response, *Document No. 20*, to the order to show cause.  The Court appreciates and accepts Mr. Wilson's explanation and apology.  We all make mistakes; and a calendaring mistake by a busy lawyer is certainly understandable.  Mr. Wilson has shown good cause for not attending the recent hearing by accepting personal responsibility for the error.  No basis exists for a contempt finding.  The Court also notes Mr. Wilson's acceptance of the $1,000.00 sanction for the failed deposition and trusts that payment will be made in accordance with the prior order.  This matter is closed in the Court's mind.  It is time to get back to resolving this case on the merits.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____1 Oct. 2010_____