IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

OSCAR WOODS                                                                                       PLAINTIFF

v.                              Case No. 3:09-cv-161-DPM

STEEL RELATED TECHNOLOGY, INC.                                          DEFENDANT

JUDGMENT

The Court enters judgment for Steel Related Technology, Inc. and dismisses Oscar Woods's amended complaint with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 March 2011